IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:03-MJ-68-DSC |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO DISMISS THE COMPLAINT** |
| | ) | **AND CANCEL THE WARRANT** |
| DENNIS EUGENE MURDOCK | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice. The unexecuted Warrant issued in the above-captioned case is hereby cancelled.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, Defendant and the United States Attorney's Office.

SO ORDERED.

Signed: April 12, 2016

_____
David S. Cayer
United States Magistrate Judge